ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 SEP -9 AM 11: 16
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TRAVIS CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-056 |
| | ) | |
| WHEELER CORRECTIONAL FACILITY; | ) | |
| TRACY WILLIAMS, Unit Manager; | ) | |
| And JUANTHERESE ATKINS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this 9th day of September, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE