# United States District Court
## Southern District of Georgia

TRAVIS CUNNINGHAM,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV315-056

WHEELER CORRECTIONAL FACILITY; TRACY WILLIAMS, Unit Manager; and JUANTHERESE ATKINS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 9, 2015, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this action is DISMISSED without prejudice and stands CLOSED.



September 9, 2015
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*